AO 91 (Rev 11/11) Criminal Complaint

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

SEP 10 2025

BY: /s/ _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America )
v. )
Victor Hernandez Sorto ) Case No. 1:25mj74
a/k/a "Bala," a/k/a "47" )
)
)
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  11/1/2021 through at least 8/23/2022  in the county of   Wise   in the
  Western   District of   Virginia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1959(a)(5) | Conspiracy to commit murder in aid of racketeering |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lourdes Cainas, Special Agent, HSI
*Printed name and title*

Sworn to before me ~~and signed in my presence~~ telephonically.

Date: 09/10/2025

_____
*Judge's signature*

City and state:  Abingdon, Virginia    The Honorable Pamela Meade Sargent, USMJ
*Printed name and title*