UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

SEP 10 2025

BY: /s/ R. Bordwine
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

VICTOR HERNANDEZ SORTO,
a/k/a "Bala," a/k/a "47"

Case No. 1:25mj74

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Lourdes Cainas, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"). I have been so employed since October of 2020. I am assigned to the HSI Washington, D.C. Field Office's Fraud Group and was previously assigned to the Violent Crimes & Public Safety Group, responsible for combatting the proliferation of transnational organized crime through the disruption and dismantlement of criminal organization operations.

2. As a Special Agent, I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 1959.

1

3. I have received specialized training in criminal investigations relating to violations of federal statutes, to include transnational organized violent crime and racketeering activity. I am a graduate of the Federal Law Enforcement Training Center, Criminal Investigator Training Program, and the HSI Special Agent Training Program. Prior to becoming a Special Agent, I was employed as a Police Officer and Detective at the Prince William County Police Department in Prince William, Virginia for over ten years.

4. I submit this affidavit in support of a criminal complaint and arrest warrant charging VICTOR HERNANDEZ SORTO, a/k/a "Bala," a/k/a/ "47," ("HERNANDEZ SORTO"), with conspiracy to commit murder in aid of racketeering, in violation of 18 U.S.C. § 1959(a)(5).

5. Throughout this investigation, law enforcement officers and agents have worked together to collect and record information about the illegal activities of those under investigation. The facts and information contained in the affidavit are based upon my personal knowledge, and information, reports, and evidence obtained from state and federal law enforcement officers. All observations I did not personally make were relayed to me by the individuals who made them or come from my review of records, documents, and other physical evidence obtained during the course of this investigation.

6. This affidavit contains information necessary to support probable cause

for this application. It is not intended to include each and every fact and matter observed by me or known to the United States. Accordingly, where I refer to conversations and events, I often refer to them in substance and in relevant part rather than in their entirety or verbatim, unless otherwise noted. This affidavit also reflects my current understanding of facts relating to this investigation, but my understanding may change in the future as the investigation proceeds.

## PROBABLE CAUSE

### Background

7. HSI and the Manassas City Police Department ("MCPD") are investigating *La Mara Salvatrucha*, commonly known as MS-13, which is a transnational criminal organization that extends from Central America into communities across the United States, including chapters, or "cliques," that operate in the Western District of Virginia and elsewhere. Based on my training and experience, my investigation of this case to date, including my debriefing of current members and associates of MS-13, and my review of evidence from other law enforcement agents, I know the following about MS-13.

8. MS-13 is a hierarchical organization, and the leaders of the local cliques communicate with leaders of MS-13 in other states and countries, including Central America. There are numerous cliques in Virginia and throughout the United States. I understand that MS-13 members and associates, including those of Virginia

cliques, attend gang meetings in person and by phone. At times, these meetings also are attended by MS-13 members and associates from other states and countries.

9. Gang membership is generally considered a lifetime commitment and is not affected by the imprisonment of MS-13 members and associates. As such, MS-13 operates within the state and federal prison systems, including within the Virginia Department of Corrections.

10. MS-13 members and associates, including those who are in prison, carry out directives from regional, national, and international MS-13 leaders. Those directives include orders to kill rival gang members, and other MS-13 members and associates who have violated gang rules. MS-13 members and associates are expected to carry out the orders of the gang and those who do so may be promoted to a higher-ranking position and/or raise their status within the gang. MS-13 members and associates who fail to carry out the orders of the gang can be punished for violating gang rules, including by being punished with beatings or death.

11. There is a group of national leaders of MS-13 known as "La Mesa," or "The Table," who are responsible for, among other things, tracking dues paid and owed by MS-13 cliques and for "greenlighting" murders, i.e., authorizing that someone be killed. These leaders manage gang activity in the free world as well as within prisons.

12. MS-13, including its leaders, members, and associates, constitutes an "enterprise" as defined by 18 U.S.C. § 1959(b)(2), that is, a group of individuals associated in fact that engages in, and the activities of which affect, interstate and foreign commerce. MS-13 is an ongoing organization whose members and associates function as a continuing unit for a common purpose of achieving the objectives of the enterprise, which include preserving, expanding, and protecting the power, territory, and reputation of MS-13 through violence, threats of violence, and intimidation.

13. MS-13, through its members and associates, engages in racketeering activity, as defined in Title 18 U.S.C. §§ 1959(b)(1) and 1961(1), to include acts involving murder chargeable under the laws of the State of Virginia, and offenses involving drug trafficking, in violation of 21 U.S.C. §§ 846 and 841.

14. HSI and MCPD have been investigating racketeering activity perpetrated by the domestic leadership of MS-13. Based on my investigation, these members and associates of MS-13 have participated in these racketeering activities with members and associates of Sur 13 (also known as the "Sureños"), and the Mexican Mafia (also known as "La Eme"), all of which are transnational criminal organizations.

15. Political turmoil in El Salvador in the past few years led to MS-13 members taking direction from La Eme members in the United States because MS-

13 members were unable to contact Salvadorian leadership. Based upon my investigation and as discussed below, this change has led to MS-13 members enforcing La Eme rules, such as MS-13 members may not have sex related convictions.

16. This investigation has targeted the leadership of these organizations and members and associates in the United States whose operations involve acts of violence to include, among other offenses, conspiracies to commit murders, attempted murders, and assaults occurring within Virginia prisons, including prisons within the Western District of Virginia.

October 27, 2022, Stabbing of Victim 1

17. Victim 1 is an inmate in the Virgina Department of Corrections and is currently serving multiple sentences of life imprisonment for Virginia state crimes of murder, kidnapping/abduction, and sex assault/rape. Victim 1 is a member of MS-13. Victim 1 told your affiant on August 27, 2025, that he has been a member of MS-13 since he was 13 years old and was a member of the "L.A. clique." Victim 1 also has numerous MS-13 related tattoos, one of which is a tattoo reading "mara salvatrucha."

18. From at least on or about June 24, 2021, through at least on or about October 23, 2022, Victim 1 was an inmate at Virginia Department of Corrections,

Wallens Ridge State Prison ("Wallens Ridge Prison"). Wallens Ridge Prison is in Big Stone Gap, Virginia, in the Western District of Virginia.

19. Starting on or about June 24, 2021, through at least on or about August 23, 2022, recorded prison phone calls between inmates in the Virginia Department of Corrections and non-incarcerated individuals were captured.[1] During those phone calls, several members and associates of MS-13 and Sur 13 conspired to murder Victim 1.

20. Many of the captured conversations were conducted in coded language. Based upon my training, experience, and knowledge of the investigation, including my familiarity with MS-13 slang and coded language, the participants in the phone calls discussed the "greenlighting" of Victim 1.

21. On or about August 23, 2022, an individual identified as "47" was recorded on two prison calls using coded language and ordering an incarcerated MS-13 member and an incarcerated Sur 13 member to kill Victim 1, for which they used a nickname known to be associated with Victim 1. As further described below, your affiant believes "47" to be HERNANDEZ SORTO based on having listened to the recorded jail calls, videos taken from a download of a phone belonging to

---

[1] Your affiant has listened to the relevant recorded jail calls during the described time frame. The phone calls were in both Spanish and English. Your affiant is fluent in Spanish and is a certified Spanish language interpreter with HSI.

7

HERNANDEZ SORTO, and text messages from a download of a different phone belonging to HERNANDEZ SORTO wherein he is addressed as "47."[2]

22.     On both phone calls, HERNANDEZ SORTO spoke with several individuals, including one inmate believed to be a member of Sur 13 who goes by the moniker "Mosco," and another inmate known to law enforcement as a member of MS-13 who goes by the moniker "Felonia."[3] Both of these individuals were inmates at Wallen's Ridge Prison and present during the stabbing of Victim 1 on October 27, 2022.

23.     On or about August 23, 2022, there were two phone calls between several individuals, including an individual believed to be HERNANDEZ SORTO.[4] During the second call, HERNANDEZ SORTO said, "clean up those people" and "clean up all that garbage that's there, clean it up, throw everything in the trash."

---

[2] Based on my investigation, HERNADEZ SORTO was previously a member of La Mesa but has been demoted. Additionally, based upon my investigation I am aware of two proffer interviews of an incarcerated MS-13 member in or about February and March of 2024. In both interviews the individual discussed "Bala." In the February 2024 proffer, which was documented by an HSI agent, the agent writing the report includes an "agent's note" identifying "Bala" as being known to law enforcement as Victor Hernandez Sorto. However, I have reviewed a draft report by an FBI agent documenting the second, March 2024 proffer, when "47," a/k/a "Bala," a/k/a "Baby Danger" is mentioned and an agent's note in that report stated he was: "(known to investigators as ELMER ENRIQUE CARBAJAL GOMEZ)[.]" Your affiant spoke with the agent who wrote the second report and he advised that saying "47" was known to investigators as Carbajal Gomez was a mistake, and that he knew "Bala" as Victor Hernandez Sorto.

[3] Your affiant is aware of both these individuals' real names, however for purposes of anonymity they are not included here.

[4] HERNANDEZ SORTO was identified based upon one of the persons on the call stating he would get "47" on the call, "47" then getting on the phone call and as described above, your affiant's knowledge of HERNANDEZ SORTO's voice. As described below, HERNANDEZ SORTO has previously referred to himself as "47."

8

Based on my investigation, my knowledge of MS-13, and interviews of CS-1 described below, I believe those statements made by HERNANDEZ SORTO were an order to kill Victim 1 and that the order stemmed from the nature of Victim 1's criminal conviction for a sex offense, which violated gang rules.

24. Based on my investigation, training and experience, knowledge of MS-13 rules and methods of operation, and interviews of CS-1 described below, as a member of "La Mesa" with a leadership position, HERNANDEZ SORTO, ordered the greenlight of Victim 1 to maintain his position in the enterprise.

25. On or about October 27, 2022, Victim 1 was assaulted and stabbed by several MS-13 and Sur 13 members and associates at Wallens Ridge Prison.[5] Prison staff intervened, and Victim 1 survived the attempted murder and suffered one puncture wound to the right side of his face and five puncture wounds on his back.[6] Four knife-style weapons were also recovered at the scene by prison staff.

26. "Mosco" and "Felonia," were present and seen, among other individuals, on jail surveillance video attacking Victim 1.

---

[5] Another inmate and MS-13 member, who has sex offense convictions, was also attacked during the stabbing of Victim 1 on October 27, 2022. This other inmate was also attacked during the stabbing of Confidential Source-1 on May 14, 2022, described below.

[6] It is unknown whether there is any specific reason for the approximate two-month delay from the recorded phone calls to the stabbing, other than Wallens Ridge being a prison where individuals are regularly separated. Indeed, during an April 2, 2022, recorded jail call, a call participant referenced Wallens Ridge Prison being a maximum-security prison.

27. On or about August 21, 2025, your affiant interviewed Victim 1, who remains in the custody of the Virginia Department of Corrections.

28. During the interview, Victim 1 said that he "heard" that he and others had been "greenlit" in prison and that he (Victim 1) called "47" to talk about the greenlight. Victim 1 said that "47" denied Victim 1 was greenlit. Victim 1 did not say why he was greenlit but said that "Mosco" stabbed him in the back and "Felonia" hit, but did not stab him.

29. Victim 1 stated he had spoken with some of the individuals who attacked him, and those individuals told him the attack should not have happened. Victim 1 further stated that he had spoken to El Salvadoran MS-13 leadership (although Victim 1 said these leaders are presently in Mexico), and the leadership said the attack should not have happened. Victim 1 said he is not worried that he will be attacked again.

May 14, 2022, Stabbing of Confidential Source-1 ("CS-1")

30. CS-1 is an MS-13 member and currently serving a prison sentence for the Virginia crime of murder[7]. Additionally, CS-1 was previously a part of the MS-

---

[7] As described in further detail below, CS-1 was himself stabbed at Wallens Ridge Prison in May 2022 by MS-13 and Sureño associates. Nothing has been promised to CS-1, and he has not requested any consideration for his cooperation up to this point. Your affiant has personally interviewed CS-1 once and has reviewed reports documenting three other interviews of CS-1. Your affiant has found CS-1 to be credible during his interview and review of past reports. Additionally, your affiant has been able to corroborate certain information provided by CS-1 through your affiant's review of jail calls. CS-1 is currently serving a roughly 40-year prison sentence for crimes including murder and gang participation. Further, I am aware from my

13 leadership and on the "Mesa." CS-1 has been interviewed by law enforcement on at least four separate occasions. The interviews focused generally on MS-13; the stabbing of CS-1 on or about May 14, 2022, at Wallens Ridge Prison; and CS-1's knowledge of the stabbing of Victim 1 on or about October 27, 2022.

31.  CS-1, an MS-13 member, was assaulted and stabbed by several MS-13 and Sur 13 members on May 14, 2022, at Wallens Ridge State Prison, which is located in the Western District of Virginia. Prison staff intervened, and CS-1 survived the attempted murder. CS-1 was stabbed approximately eight times in the torso and once in the head.[8]

32.  Investigators reviewed a series of recorded prison phone calls that took place before the attempted murder. During those phone calls, several members of MS-13 and Sur 13, including an individual believed to be HERNANDEZ SORTO, conspired to murder CS-1 for failing to carry out orders that "La Mesa" had issued.

33.  For instance, on April 2, 2022, HERNANDEZ SORTO[9] was recorded on a prison call using coded language and ordering an incarcerated MS-13 member

---

investigation and interviews with CS-1, that CS-1 stabbed an MS-13 member/inmate in approximately 2018 because CS-1 believed the member was homosexual. Then, in approximately September 2021, CS-1 requested a greenlight for the same member/inmate because CS-1's continued belief that the member/victim was homosexual. The greenlight was denied and the targeted member/inmate was not harmed.

[8] As noted earlier, the same, second inmate who was attacked on October 27, 2022, with Victim 1, was also attacked during the stabbing of CS-1 on May 14, 2022. On May 14, 2022, initially after being stabbed, when asked by a jail correction officer if he knew what the stabbing was about, body worn video showed CS-1 shake his head no.

[9] As further described below, your affiant believes the speaker on this call was HERNANDEZ SORTO based upon your affiant's knowledge of HERNANDEZ SORTO's voice. During this

to kill CS-1.[10] HERNANDEZ SORTO stated that CS-1 "doesn't want to cooperate, so there if you could touch him." Based on my training, experience, knowledge of this investigation, and interviews with CS-1 where he described knowing that failure to carry out greenlights could result in being greenlit himself, I believe that HERNANDEZ SORTO was directing the MS-13 member to kill CS-1.

34. On or about June 16, 2022, CS-1 was interviewed by an HSI Special Agent and an MCPD detective. CS-1 discussed generally CS-1's personal background, his involvement in MS-13, and the organization of MS-13.

35. During this interview, CS-1 also informed investigators that he arrived at Red Onion State Prison in Virginia in or about 2019. While at Red Onion State Prison, there was a conflict between MS-13 and the Crips gang. CS-1 was attacked by Crips members and CS-1 was placed in isolation as a result of this altercation. Upon being released from isolation, CS-1 learned that MS-13 had formed an alliance with the "Sur" (Sureños). The alliance was formed to benefit Sureño street gangs, as well as White/Caucasian gangs. The leadership of the alliance was known as "the Mesa" and oversaw all Sureño activities throughout the Virginia Department of Corrections.

---

call, HERNANDEZ SORTO is not referred to by name, "47," or "Bala." However, HERNANDEZ SORTO is referred to as "homeboy."
[10] This call was primarily in Spanish.

36. CS-1 said that MS-13 in the Virginia Prison System at this time would report to certain other gang members who composed "the Mesa." CS-1 said a Sureño known by the nickname "Sniper," who was on La Mesa but reported to La Eme, set the rules, and one of those rules was that no members of MS-13 were allowed to have convictions for sex-related offenses.

37. CS-1 informed investigators that he (CS-1) was eventually placed on "the Mesa" by "Sniper." Additionally, CS-1 said that "Mosco" was placed on "the Mesa."

38. At some point, CS-1 was told by "Sniper" that certain MS-13 members were "greenlit" because they had "sex" cases. One of the individuals greenlit was Victim 1.

39. CS-1 did not want to pass the greenlight order along to other members of the gang because the targeted members had been with MS-13 for a long time and MS-13's membership was already low in the Virginia prison system. In or around November 2021, CS-1 spoke separately with "47" and another high-ranking MS-13 member who goes by the nickname, "21," in an effort to talk them out of the greenlights of the gang members with sex offense convictions. CS-1 told investigators that, at the time, "21" was the highest-ranking member of MS-13 on the East Coast and that "47" was the highest-ranking member in the United States.[11]

---

[11] CS-1 did not know 47's actual name, nor had he ever met him in person.

In addition to trying to convince them to rescind the greenlights, CS-1 also told "21" that he (CS-1) was not going to carry out the greenlights. CS-1 said that because he refused to carry out the greenlights, he was taken off "the Mesa."

40. In or about March 2022, CS-1 was transferred to Wallens Ridge State Prison.

41. On or about February 4, 2025, your affiant interviewed CS-1. CS-1 was shown a picture of Victim 1 and CS-1 identified Victim 1 by his actual name, as well as Victim 1's moniker. CS-1 said that the targeting of Victim 1 was supported by the MS-13 leadership because of Victim 1's status as a sex offender based on his prior rape conviction.

42. During the February 4, 2025, interview, CS-1 said he believed he himself was stabbed for his failure to carry out the above-described greenlights.

43. Based on my investigation, training and experience, knowledge of MS-13 rules and methods of operation, and interviews of CS-1 described above, as a member of "La Mesa" with a leadership position, HERNANDEZ SORTO, ordered the greenlight of CS-1 to maintain his position in the enterprise.

Search of HERNANDEZ SORTO'S cellular phone digital downloads

44. On August 27, 2025, five search warrants were issued by the U.S. District Court for the Western District of Virginia. The warrants authorized the

search of five digital downloads of cellular phones seized from HERNANDEZ SORTO and his residence on October 13, 2023.[12]

45.  The review of the digital downloads is ongoing. However, on one of the five digital downloads[13] your affiant reviewed different text message conversations where HERNANDEZ SORTO identifies himself as "47" in a text message and is referred to by those texting him as "47" in a different message.[14]

46.  On the same digital download, your affiant reviewed a "telegram" chat group named "amigos."[15] The dates of the messages reviewed were from approximately September 16, 2023, through approximately October 12, 2023. Based upon my training and experience, knowledge of MS-13, knowledge of this investigation, and a review of the actual messages in the chat group, the "amigos"

---

[12] On October 13, 2023, the FBI executed a federal search warrant ("FBI Warrant") at HERNANDEZ SORTO's residence at 9631 Lafayette Avenue, Manassas, VA, where the cellular phones were located (one on his person and the remainder in the home). The FBI Warrant was issued from the U.S. District Court for the Eastern District of Virginia. An FBI agent's affidavit accompanying the request for a search warrant, noted that its affiant reviewed a report of an interview of a former member of the Fulton clique of MS-13, who had been charged with committing crimes on behalf of MS-13, including murder. The FBI agent's affidavit further explained that the former Fulton clique member was proffering with the government in an effort to sign a cooperation agreement with the hopes of receiving leniency at sentencing. The affidavit noted that this former Fulton clique member knew an individual known to him as "Bala" and also "Baby Danger" who was a member of the Fulton clique and was one of the top national leaders of MS-13. The individual had met "Bala" once, two years ago (before the writing of the affidavit) but had communicated with "Bala" and other members of La Mesa by phone. The affidavit notes, however, that when the individual was shown a photograph of an individual known to law enforcement as HERNANDEZ SORTO, as part of a larger photobook, the individual did not identify him as someone he recognized.

[13] Motorola Moto-G phone found in HERNANDEZ SORTO's bedroom on October 13, 2023.

[14] The text messages referenced here were in Spanish. As noted above, your affiant is fluent in Spanish and a certified interpreter with HSI.

[15] The messages were in Spanish.

15

chat group contained discussions amongst MS-13 leadership regarding promotions, discipline, and other MS-13 activities. HERNANDEZ SORTO's messages in this group generally conveyed his approval of decisions being made by the group and corroborate his position as a leader within MS-13.

    47.    On a second, different digital download from the one referenced above,[16] the Google account for the phone was registered to "Victor Hernandez." On this digital download your affiant observed numerous photographs of HERNANDEZ SORTO. Additionally, there were multiple videos that appeared to document the assaults of individuals.[17] During these recorded assaults, based upon audio and the information contained in the phone, your affiant believes HERNANDEZ SORTO was the person recording the assault. Further, in the videos HERNANDEZ SORTO was heard during certain assaults directing the assault and ordering when to stop the assault.

    48.    Your affiant recognized the voice of HERNANDEZ SORTO from these videos as being the same individual who stated, "clean up those people" and "clean up all that garbage that's there, clean it up, throw everything in the trash" on a recorded jail call on August 23, 2022 and as the same voice heard on the April 2, 2022 call discussing CS-1, as described above.

---

[16] A Samsung Galaxy S10, found in HERNANDEZ SORTO's bedroom on October 13, 2023.

[17] It is unclear what the purpose of these assaults were based on the videos. However, based on my training and experience, and knowledge of MS-13, I know that the gang disciplines members and associates of the gang through assaults, often that last for 13 seconds or more.

## CONCLUSION

49. Based on the foregoing facts, I respectfully submit there is probable cause to believe that VICTOR HERNANDEZ SORTO conspired to commit murder in aid of racketeering, in violation of 18 U.S.C. § 1959(a)(5).

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 via telephone on September 10th, 2025.

_____
Lourdes Cainas, Special Agent
Homeland Security Investigations

Sworn and subscribed to me ~~on~~ by telephone September 10th, 2025.

_____
The Honorable Pamela Meade Sargent
United States Magistrate Judge